# United States Court of Appeals
## For the First Circuit

No. 03-2704

HANS A. QUAAK ET AL.,

Plaintiffs, Appellees,

v.

KLYNVELD PEAT MARWICK GOERDELER BEDRIJFSREVISOREN,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on March 8, 2004 is corrected as follows:

On page 6, line 6, delete "recommended" before "decision"
On page 20, line 18, delete "recommended" before "decision"